**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYQUAN KNOX,<br><br>    Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. CV 16-9481 JAK (SS)<br><br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 3, 2019

                  _____
                  JOHN A. KRONSTADT
                  UNITED STATES DISTRICT JUDGE